IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FREDERICK DARNELL and JUDY DARNELL, | ) ) ) | |
| Plaintiffs, | ) ) | No. 3:15-cv-00556 |
| v. | ) ) ) | Judge Nixon Magistrate Judge Bryant |
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) | JURY DEMAND |
| Defendant. | ) | |

## ORDER

Upon the parties' signed Stipulation of Dismissal (Doc. No. 11), this case is hereby **DISMISSED with prejudice,** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is **DIRECTED** to close this case.

It is so ORDERED.

Entered this the 31st day of March, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT